ALFRED D. BUMP, Respondent, *v.* WILLIAM GILCHRIST et al.,
Appellants.

(Argued April 21, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made March 16, 1889,
which reversed a judgment in favor of defendants entered
upon a decision of the court on trial at Circuit, granted a new
trial and reversed an order of Special Term, making certain
infants defendants.

*Robert Armstrong, Jr.*, and *John Conway*, for appellants.

*S. W. Russell* for respondent.

Agree to affirm and for judgment absolute for plaintiff; no
opinion.

All concur.

Order affirmed and judgment accordingly.

---

JAMES LYLE, Respondent, *v.* THE MANHATTAN RAILWAY
COMPANY, Appellant.

(Argued April 23, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made July 9, 1889, which affirmed a judgment in favor of
plaintiff entered upon a verdict and affirmed an order denying
a motion for a new trial.

*Charles H. Peck* and *Brainerd Tolles* for appellant.

*Nelson Smith* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.